```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF FLORIDA
                          PENSACOLA DIVISION

IN RE:                              )
                                    )
ROBERT AND DELORIS COX              )   CASE NO.  08-30692-LMK
                                    )      CHAPTER 7
       Debtor.                      )
_____)
```

### REPORT OF UNCOLLECTED FUNDS

JOHN E. VENN, JR., TRUSTEE, hereby reports that the following funds of the above-referenced debtor estate were uncollected:

| CLAIM NO. | NAME AND ADDRESS OF CREDITOR | AMOUNT |
|---|---|---|
| 5 | Capital Recovery II<br>25 SE 2nd Ave., Ste. 1120<br>Miami, FL 33131 | $3.60 |
| 11 | Okaloosa Cardiology PA<br>129 E. Redstone Ave., Ste. A<br>Crestview, FL 32539 | $2.24 |

Dated: 10/27/09

/s/ John E. Venn, Jr.
JOHN E. VENN, JR.,
TRUSTEE
FL Bar No. 184992
220 W. Garden St.
Suite 603
Pensacola, FL 32502
(850) 438-0005
Johnevennjrpa@aol.com